# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

In re:  C. R. BARD, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION          MDL 2387

THIS DOCUMENT APPLIES TO:

IRMA J. GERRISH,

        Plaintiff,

v.                                              CIVIL ACTION NO. 2:13-cv-31855

C. R. BARD, INC.,

        Defendant.

## MEMORANDUM OPINION AND ORDER

On November 14, 2018, plaintiff's counsel filed a Suggestion of Death noting the death of plaintiff Irma J. Gerrish [ECF No. 21]. Plaintiff's counsel has complied with the Federal Rules of Civil Procedure Rule 25(a)(1) and the C. R. Bard Pretrial Order # 289. There has been no timely substitution of the deceased plaintiff filed in this civil action.

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, the court **ORDERS** that this case is **DISMISSED without prejudice** and **STRICKEN** from the docket of this court.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 21, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE